**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, a minor, by and through<br>her mother and next friend, SUSAN DOE | PLAINTIFF |
| v.                    No. 2:10CV00109 JLH | |
| ANDREW T. GAY, individually, and in his<br>official capacity as an officer or agent of the<br>Marianna Police Department; and the<br>CITY OF MARIANNA, ARKANSAS | DEFENDANTS |

**ORDER**

Before the Court is the motion for admission *pro hac vice* and relief from Local Rule 83.5(d). The motion is GRANTED. Document #52. John M. Zuck is hereby admitted *pro hac vice* for the limited purpose of representing the plaintiff in this action. The requirement of Local Rule 83.5(d) that local counsel be designated is waived.

IT IS SO ORDERED this 29th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE