IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor, by and through<br>her mother and next friend, SUSAN DOE | | PLAINTIFF |
| v. | No. 2:10CV00109 JLH | |
| ANDREW T. GAY, individually, and in his<br>official capacity as an officer or agent of the<br>Marianna Police Department | | DEFENDANT |

## ORDER

The City of Marianna had filed four motions, all of which are now moot because the City of Marianna has been dismissed from this action.  Documents #41, #43, #45, and #47.

IT IS SO ORDERED this 3rd day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE