**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, a minor, by and through<br>her mother and next friend, SUSAN DOE | PLAINTIFF |
| v.   No. 2:10CV00109 JLH | |
| ANDREW T. GAY, individually, and in his<br>official capacity as an officer or agent of the<br>Marianna Police Department; and the<br>CITY OF MARIANNA, ARKANSAS | DEFENDANTS |

**FINAL JUDGMENT AS TO THE CLAIMS OF THE PLAINTIFF
AGAINST THE CITY OF MARIANNA**

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, for the reasons stated in the Order entered separately today, the Court directs entry of a final judgment as to the plaintiff's claims against the City of Marianna, Arkansas, based upon an express determination that there is no just reason for delay. Final judgment is therefore entered on the claims of the plaintiff against the City of Marianna.

DATED this 18th day of April, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE