## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JANE DOE, a minor, by and through                                          PLAINTIFF
her mother and next friend, SUSAN DOE

v.                        No. 2:10CV00109 JLH

ANDREW T. GAY, individually, and in his
official capacity as an officer or agent of the
Marianna Police Department; and the
CITY OF MARIANNA, ARKANSAS                                   DEFENDANTS

### FINAL JUDGMENT AS TO THE CLAIMS OF THE PLAINTIFF
### AGAINST THE CITY OF MARIANNA

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, for the reasons stated in the Order entered separately today, the Court directs entry of a final judgment as to the plaintiff's claims against the City of Marianna, Arkansas, based upon an express determination that there is no just reason for delay. Final judgment is therefore entered on the claims of the plaintiff against the City of Marianna.

DATED this 18th day of April, 2012.

                                                      _____
                                                      J. LEON HOLMES
                                                      UNITED STATES DISTRICT JUDGE