## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a minor, by and through<br>her mother and next friend, SUSAN DOE | PLAINTIFF |
| v.  No. 2:10CV00109 JLH | |
| ANDREW T. GAY, individually, and in his<br>official capacity as an officer or agent of the<br>Marianna Police Department; and the<br>CITY OF MARIANNA, ARKANSAS | DEFENDANTS |

### ORDER

All proceedings in this matter are stayed pending a decision by the United States Court of Appeals for the Eighth Circuit on the appeal by the plaintiff of the summary judgment entered in favor of the City of Marianna.

IT IS SO ORDERED this 18th day of April, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE