**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JANE DOE                                                                                                   PLAINTIFF

v.                                           NO. 2:10CV00109 JLH

ANDREW T. GAY                                                                                         DEFENDANT

## ORDER

On October 30, 2013, a final scheduling order was entered setting this matter for jury trial the week of March 17, 2014. On February 28, 2014, plaintiff filed her pretrial disclosure sheet informing the Court that she waived the jury trial and wished to have the matter of damages tried to the Court. Therefore, this matter is rescheduled for **BENCH TRIAL** on damages to begin at **1:30 p.m. on WEDNESDAY, MARCH 19, 2014**, in Courtroom #314, United States Post Office and Courthouse Building, 617 Walnut Street, Helena, Arkansas.

IT IS SO ORDERED this 4th of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE